JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar Number 12504
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Email: Virginia.Tomova@usdoj.gov

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Pina, individually,<br><br>                  Plaintiff,<br><br>          v.<br><br>United States of America ex rel United States Postal Service; Does Driver, individually; Does Companies 1 through 10; and Does 11 through 20, inclusive,<br><br>                  Defendants. | Case No. 2:22-cv-01946-ART-MDC<br><br>**Stipulation and Order to Schedule Settlement Conference and Stay Remaining Deadlines** |

          Pursuant to LR 26-3 and the Court's inherent power, the parties respectfully request that the Court set this matter for a settlement conference and stay the remaining discovery deadlines.

          This action arises under the Federal Tort Claims Act ("FTCA") for alleged injuries to Plaintiff arising from a May 28, 2020, vehicle verses pedestrian accident. The parties believe that a settlement conference may lead to a resolution of this case. The parties have completed discovery and cutoff for discovery is January 31, 2024. The only remaining deadlines are those of February 29, 2024, for dispositive motions and March 4, 2024, for the proposed joint pretrial order.

          Without waiver or binding admission against either party, the parties submit that it would conserve their resources, as well as those of the Court, if the settlement conference for

this matter were held before dispositive motions, if any, and preparation of the proposed joint pretrial order.

A district court has wide latitude in controlling discovery, *Volk v. D.A. Davidson & Co.*, 816 F.2d 1406, 1416–17 (9th Cir. 1987), as well as the inherent power to stay causes on its docket to avoid duplicative litigation, inconsistent results, and waste of time and effort, *Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983) (Supreme Court citations omitted).

If this case were not resolved at the settlement conference, the parties agree to submit within 14 days thereafter a new, proposed schedule for dispositive motions and the proposed joint pretrial order.

Taking into accounts their schedules and obligations in other cases, the parties propose the following dates for a settlement conference:

See forthcoming order

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1       Accordingly, the parties respectfully request that the Court grant this stipulation and

2 thereafter issue a separate order setting the date, details, and requirements for the settlement

3 conference and stay the remaining discovery deadlines.

4       Respectfully submitted this 9th day of January 2024.

5

6 LERNER & ROWE INJURY
  ATTORNEYS

7

8 */s/ Joseph F. Schmitt*
  JOSEPH F. SCHMITT, ESQ.
  Nevada Bar No. 9681

9 4795 S. Durango Drive

10 Las Vegas, Nevada 89147
  Telephone: (702) 877-1500

11

12 *Attorneys for Plaintiff*

13

JASON M. FRIERSON
United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

14

15 _____
  **UNITED STATES MAGISTRATE JUDGE**

16

17 **DATED:** _1-16-2024_____

18

19

20

21

22

23

24

25

26

27

28