# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Pina, | 2:22-cv-01946-ART-MDC |
| Plaintiff(s), | |
| vs. | **Order** |
| United States of America, | |
| Defendant(s). | |

Pending before the Court is the *Motion for Exception from Attendance Requirements* (ECF No. 20). For good cause shown, and because the motion is unopposed, the Court grants the motion. Assistant United States Attorney, Virginia Tomova, is responsible for joining defendant's settlement designee, Stanford Bjurstrom, by telephone, to the conference.

Accordingly,

**IT IS ORDERED that:**

1. The *Motion for Exception* (ECF No. 20) is GRANTED.
2. The AUSA is responsible for joining defendant's settlement designee, by telephone, to the conference.

DATED this 11th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge