# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Pina,<br><br>    Plaintiff(s),<br><br>vs.<br><br>United States of America,<br><br>    Defendant(s). | 2:22-cv-01946-ART-MDC<br><br>**Order** |

On March 20, 2024, I had separate ex-parte communications with counsel for the parties ahead of the scheduled March 21, 2024, Settlement Conference. During such discussions, both counsel informed me that plaintiff Daniel Pina had been arrested, is currently incarcerated and unavailable to attend the Settlement Conference. We did not discuss the merits or any substantive issues during my separate ex-parte calls with counsel.

Based upon plaintiff Pina's incarceration and unavailability,

**IT IS ORDERED that:**

1. The March 21, 2024, Settlement Conference is VACATED.

2. The parties shall submit either: (a) a Joint Status Report informing the Court of plaintiff Pina's status and availability to reschedule a Settlement Conference; or (b) a Stipulated Schedule for dispositive motions and the proposed joint pre-trial order, by no later than **June 20, 2024.**

DATED this 20th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge