Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone: (702) 877-1500
Facsimile: (702) 941-5138
Email: jschmitt@lernerandrowe.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Daniel Pina, individually,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>United States of America ex rel United States Postal Services; Does Driver, individually; Does Companies 1 through 10; and Does 11 through 20, inclusive.<br><br>　　　　Defendants. | CASE NO. 2:22-CV-01946-ART-MDC |

## MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

　　Plaintiff DANIEL PINA, by and through his counsel of record, Joseph F. Schmitt, Esq. of Lerner & Rowe Injury Attorneys, respectfully requests attorney Francis A. Arenas, Esq., be removed from the CM/ECF service list for the above-captioned matter. Joseph F. Schmitt is the proper "lead attorney" for Plaintiff.

　　Mr. Arenas is no longer with Lerner & Rowe Injury Attorneys, and we therefore request the email addresses of farenas@ocgas.com, lrico@ocgattorneys.com, and mhiggs@ocgas.com be removed from the service list.

　　DATED this 29th day of August, 2024.

## ORDER

　　IT IS SO ORDERED.
Parties are reminded to use the correct case caption 2:22-CV-01946-ART-MDC in all future filings.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 9/3/24

1