UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL PINA, | Case No. 2:22-cv-01946-ART-MDC |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, *ex rel* UNITED STATES POSTAL SERVICE, | |
| Defendant. | |

Plaintiff sued the United States after he was hit on his bicycle by a United States Postal Service vehicle. As of June 2024, the parties had reached settlement and were executing settlement documents. (ECF No. 24.)

The Court ORDERS parties to submit a stipulated status report by Thursday, November 14, 2024.

Dated this 24th day of October, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1