**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Daniel Pina, individually<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America ex rel United States Postal Service; Does Driver, individually, Does Companies 1 through 10 and Does 11 through 20, inclusive.<br><br>        Defendants. | Case No. 2:22-cv-1946-ART-MDC<br><br>**ORDER GRANTING**<br><br>**Stipulation and Order to Dismiss** |

Plaintiff Daniel Pina and Federal Defendant United States of America, on behalf of the United States Postal Service, through their respective counsel, hereby stipulate that this action be, and is hereby, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees of suit.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 24th day of October 2024.

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS<br><br>*/s/ Joseph F. Schmitt*<br>JOSEPH F. SCHMITT, ESQ.<br>Nevada Bar No. 9681<br>4795 S. Durango Drive<br>Las Vegas, Nevada 89147<br>Telephone: (702) 877-1500<br><br>*Attorneys for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Virginia T. Tomova*<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br><br>*Attorneys for Federal Defendants* |

**IT IS SO ORDERED:**

_____
Anne R. Traum
United States District Judge

DATED: October 25, 2024